IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN SANDERS, | § |
| Plaintiff, | § Civil Action No. 2:17-cv-02925-MCA-LDW |
| v. | § |
| VERDE ENERGY, | § |
| Defendant. | § |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: February 1, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

DAVID P. SKAND, ESQ.
Eckert Seamans Cherin & Mellott, LLC
2000 Lenox Drive
Suite 203
Lawrenceville, NJ 08648
609-989-5063
Email: dskand@eckertseamans.com

JILL RACHEL COHEN, ESQ.
ECKERT SEAMANS CHERIN & MELLOT, LLC
2000 LENOX DRIVE, SUITE 203
P.O. Box 5404
PRINCETON, NJ 08543
609-989-5060
Email: jcohen@eckertseamans.com
Attorneys for Defendant


Dated: February 1, 2018                By: /s/ Amy L. Bennecoff Ginsburg
                                        Amy L. Bennecoff Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        aginsburg@creditlaw.com